AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>WOLF BARRETTE HARPER<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:24-mj-465<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   October 1 through 25, 2024   in the county of   Ingham   in the
  Western   District of   Michigan  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(o); 26 U.S.C. § 5845 | Unlawful transfer or possession of a machinegun; Possession of a firearm required to be registered in the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:

See Continuation.

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

*Complainant's signature*

ATF SA Justin Chamberlain
*Printed name and title*

Date: 10/28/2024

*Judge's signature*

City and state:  Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
*Printed name and title*